

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Billy Lee Copeland, Appellant

No. 06-14-00075-CV          v.

Ashley Nicole Moreland, Appellee

Appeal from the County Court of Franklin County, Texas (Tr. Ct. No. 1964). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Billy Lee Copeland, pay all costs of this appeal.

RENDERED FEBRUARY 10, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk